Rosemary T. McGuire, Esq.   Bar No. 172549
Michael R. Linden, Esq.        Bar No. 192485
WEAKLEY, ARENDT, MCGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, FRESNO POLICE DEPARTMENT, OFFICER MARTIN and OFFICER GODWIN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLA M. WALKER, individually, as guardian ad litem for ANDRE HENRY, Jr., and as successor in interest of ANDRE HENRY, Sr., deceased, CRYSTAL HENRY, and ANDRE HENRY, Jr., as individuals and successors in interest,<br><br>       Plaintiffs,<br><br>    vs.<br><br>FRESNO POLICE DEPARTMENT, a public entity, Officer Martin and Officer Godwin, as individuals and DOES 1 to 25,<br><br>       Defendants. | Case No.: 1:09-cv-01037 OWW GSA<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br><br>Complaint Filed: 02/18/09 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorney's of record, stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

DATED:  February 23, 2010                                     WEAKLEY, ARENDT & McGUIRE, LLP

                                                                            By:    /s/ Rosemary T McGuire
                                                                                    Rosemary T. McGuire
                                                                                    Attorney for Defendants

/ / / / /

1

DATED: February 23, 2010                W. J. SMITH & ASSOCIATES, INC.


                                        By:     /s/ Shelley G. Bryant
                                                Shelley Bryant
                                                Attorney for Plaintiff


**IT IS SO ORDERED.**

**Dated:   February 25, 2010**                    **/s/ Oliver W. Wanger**
                                            **UNITED STATES DISTRICT JUDGE**